STEVEN W. MOORE (SBN 193068)
SWMoore@Foxrothschild.com
AARON M. SCOTT (SBN 353606)
AScott@foxrothschild.com
DANIEL D. DOUGLAS (SBN 328280)
DDouglas@Foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:     415.364.5540
Facsimile:     415.391.4436

Attorneys for Defendants
RENEWAL BY ANDERSEN LLC &
ANDERSEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA YOUNG, individually, and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>RENEWAL BY ANDERSEN LLC, a Minnesota limited liability company; ANDERSEN CORPORATION, a Minnesota corporation; RIVERCITY WINDOW & DOOR, INC., a California corporation, and DOES 1-10,<br><br>                Defendants. | Case No. 2:24-cv-01759-DJC-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><br>Action Filed:   June 21, 2024<br>Trial Date:     None |

Plaintiff Brenda Young ("Plaintiff") and Defendants Renewal by Andersen LLC, Andersen Corporation, and River City Window & Door, Inc. (together "Defendants") (collectively with Plaintiff, the "Parties") by and through their respective counsel, stipulate as follows:

1.      The Parties jointly and respectfully request that the Court grant an extension such that the deadline for all Defendants to answer or otherwise respond to the Complaint becomes August 2, 2024.

2.      No discovery cutoff date, motion hearing date, pre-trial conference date, or trial date have been established in this action.

3.      The Parties have made no prior requests for any extensions.

4.      This matter was commenced in Superior Court in Sacramento County, California.  It was removed to this Court on June 21, 2024.

5.      The present deadlines to answer or otherwise respond to the Complaint are July 2, 2024 for River City Window & Door, Inc. and July 12, 2024 for Renewal by Andersen LLC and Andersen Corporation.

6.      The Parties jointly request the extension, because: (a) this is a complex matter in which initial responses to the Complaint are likely to involve motion practice and require sufficient time for drafting; (b) the Parties are currently disputing the question of whether the case must be remanded to state court; and (c) complicating matters, lead counsel for Renewal by Andersen LLC and Andersen Corporation contracted COVID-19, confirmed by testing on June 25, 2024, which has affected his ability to participate in the preparation of any response to the Complaint.

7.      In light the of the foregoing, the Parties jointly and respectfully request that the deadline for all Defendants to answer or otherwise respond to the Complaint be extended to August 2, 2024.

Dated: July 1, 2024

Respectfully submitted,

**FOX ROTHSCHILD LLP**

_/s/ Steven W. Moore_
STEVEN W. MOORE
AARON M. SCOTT
DANIEL D. DOUGLAS
_Attorneys for Defendants_
RENEWAL BY ANDERSEN LLC &
ANDERSEN CORPORATION

Dated: July 1, 2024

**WARREN TERZIAN LLP**

_/s/ Thomas D. Warren_ (authorized on July 1, 2024)
Thomas D. Warren
Dan Terzian
Erick K. Kuylman
Attorneys for Plaintiffs
BRENDA YOUNG and proposed class

Dated: July 1, 2024

**GIBSON & DUNN**

_/s/ Timothy W. Loose_ (authorized on July 1, 2024)
Timothy W. Loose
Attorney for Defendant
RIVER CITY WINDOW & DOOR, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: July 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE