1  STEVEN W. MOORE (SBN 193068)
   SWMoore@Foxrothschild.com
2  AARON M. SCOTT (SBN 353606)
   AScott@foxrothschild.com
3  DANIEL D. DOUGLAS (SBN 328280)
   DDouglas@Foxrothschild.com
4  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
5  San Francisco, CA 94104-2670
   Telephone:   415.364.5540
6  Facsimile:   415.391.4436

7  Attorneys for Defendants
   RENEWAL BY ANDERSEN LLC &
8  ANDERSEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA YOUNG, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RENEWAL BY ANDERSEN LLC, a Minnesota limited liability company; ANDERSEN CORPORATION, a Minnesota corporation; RIVERCITY WINDOW & DOOR, INC., a California corporation, and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-01759-DJC-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME REGARDING MOTION TO REMAND BRIEFING DATES**<br><br>Action Filed:   June 21, 2024<br>Trial Date:     None |

Plaintiff Brenda Young ("Plaintiff") and Defendants Renewal by Andersen LLC, Andersen Corporation, and River City Window & Door, Inc. (together "Defendants") (collectively with Plaintiff, the "Parties") by and through their respective counsel, stipulate as follows:

1. The Parties jointly request that: (1) Defendants be granted an additional seven days to file an opposition to the Motion to Remand, Dkt. 14, making the opposition due on July 23, 2024; and (2) Plaintiff be granted an additional seven days to file a reply supporting the motion, making the reply due on August 9, 2024.

2. No discovery cutoff date, motion hearing date, pre-trial conference date, or trial date has been set in this action.

3. No previous request to extend these briefing deadlines has been made.

4. The Motion to Remand is scheduled for hearing on September 19, 2024.

5. Good cause for this extension exists because: (1) the 14-day period provided by rule for filing the opposition was affected by the Fourth of July holiday; (2) Aaron Scott, counsel for Renewal by Andersen LLC and Andersen Corporation, has been out of the office sick for all of the week of July 8, 2024; (c) a symmetrical additional seven days for the reply is fair to Plaintiff; and (d) the proposed schedule would still result in the completion of briefing 41 days before the September 19, 2024 hearing date.

Dated: July 11, 2024

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Steven W. Moore*
STEVEN W. MOORE
AARON M. SCOTT
DANIEL D. DOUGLAS
*Attorneys for Defendants*
RENEWAL BY ANDERSEN LLC &
ANDERSEN CORPORATION

| | |
|---|---|
| Dated: July 11, 2024 | **WARREN TERZIAN LLP** |
| | |
| | */s/ Thomas D. Warren* (authorized on July 11, 2024) |
| | Thomas D. Warren |
| | Dan Terzian |
| | Erick K. Kuylman |
| | Attorneys for Plaintiffs |
| | BRENDA YOUNG and proposed class |
| | |
| Dated: July 11, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |
| | |
| | */s/ Timothy W. Loose* (authorized on July 11, 2024) |
| | Timothy W. Loose |
| | Attorney for Defendant |
| | RIVER CITY WINDOW & DOOR, INC. |

**IT IS SO ORDERED**

Dated: July 16, 2024        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to this action.  My business address is 345 California Street, Suite 2200, San Francisco, California 94104.

On July 11, 2024, I served a copy of the document listed below:

**STIPULATION AND ORDER EXTENDING TIME REGARDING MOTION TO REMAND BRIEFING DATES**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

| |
|---|
| Thomas D. Warren<br>Dan Terzian<br>Erick K. Kuylman<br>WARREN TERZIAN LLP<br>222 N Pacific Coast Hwy, Ste 2000<br>El Segundo, CA 90245-5614<br>Telephone: (213) 410-2620<br>**Attorneys for Plaintiff and Proposed Class Counsel** |
| Timothy W. Loose<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7746<br>**Attorney for Defendant River City Window & Door, Inc.** |

[x]    **BY ELECTRONIC MAIL:**   I electronically served, from e-mail address mschiraldi@foxrothschild.com, the document(s) listed above to the person(s) at the e-mail address(es) listed above. I am readily familiar with Fox Rothschild LLP's practice for collecting and processing correspondence for mailing.

☒  **[FEDERAL]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 11, 2024, at San Francisco, California.

*/s/ Michael Schiraldi*
Michael Schiraldi