STEVEN W. MOORE (SBN 193068)
SWMoore@Foxrothschild.com
AARON M. SCOTT (SBN 353606)
AScott@foxrothschild.com
DANIEL D. DOUGLAS (SBN 328280)
DDouglas@Foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:     415.364.5540
Facsimile:      415.391.4436

Attorneys for Defendants
RENEWAL BY ANDERSEN LLC &
ANDERSEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA YOUNG, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RENEWAL BY ANDERSEN LLC, a Minnesota limited liability company; ANDERSEN CORPORATION, a Minnesota corporation; RIVERCITY WINDOW & DOOR, INC., a California corporation, and DOES 1-10,<br><br>                    Defendants. | Case No. 2:24-cv-01759-DJC-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:   June 21, 2024<br>Trial Date:      None |

Plaintiff Brenda Young ("Plaintiff") and Defendants Renewal by Andersen LLC, Andersen Corporation, and River City Window & Door, Inc. (together "Defendants") (collectively with Plaintiff, the "Parties") by and through their respective counsel, stipulate as follows:

1. The Parties jointly request that the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint until 28 days after the Court issues an order resolving the pending Motion to Remand. (Dkt. 14.)

2. No discovery cutoff date, motion hearing date, pre-trial conference date, or trial date has been set in this action.

3. The Parties previously stipulated, prior to the filing of the Motion to Remand, to set the deadline for all Defendants to respond to the Complaint on August 2, 2024. The Court granted that stipulation. (Dkt. 12.)

4. On July 2, 2024, Plaintiff filed a Motion to Remand. (Dkt. 14.) That motion is set for hearing on September 19, 2024. (Dkt. 17.)

5. The Court ordered the parties to submit a joint status report 28 days after the Court's ruling on the Motion to Remand. (Dkt. 15)

6. Good cause for the requested relief exists as follows: the Motion to Remand is a threshold issue that will determine whether this case remains pending before the Court. That motion is unlikely to be decided before, at minimum, late September 2024 given the present hearing date. The Parties agree that it would be more efficient and potentially save significant time and resources if the anticipated motion practice in response to the Complaint does not occur until after the threshold question presented by the Motion to Remand is decided. The Parties therefore request that the deadline for responding to the Complaint be extended in the same manner as the deadline for the joint status report. (Dkt. 15.)

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully submitted,<br><br>**FOX ROTHSCHILD LLP**<br><br>*/s/ Steven W. Moore*<br>STEVEN W. MOORE<br>AARON M. SCOTT<br>DANIEL D. DOUGLAS<br>*Attorneys for Defendants*<br>RENEWAL BY ANDERSEN LLC &<br>ANDERSEN CORPORATION |
| Dated: July 11, 2024 | **WARREN TERZIAN LLP**<br><br>*/s/ Thomas D. Warren* (authorized on July 11, 2024)<br>Thomas D. Warren<br>Dan Terzian<br>Erick K. Kuylman<br>Attorneys for Plaintiffs<br>BRENDA YOUNG and proposed class |
| Dated: July 11, 2024 | **GIBSON, DUNN & CRUTCHER**<br><br>*/s/ Timothy W. Loose* (authorized on July 11, 2024)<br>Timothy W. Loose<br>Attorney for Defendant<br>RIVER CITY WINDOW & DOOR, INC. |

**IT IS SO ORDERED.**

Dated: July 16, 2024        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is 345 California Street, Suite 2200, San Francisco, California 94104.

On July 11, 2024, I served a copy of the document listed below:

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

| |
|---|
| Thomas D. Warren<br>Dan Terzian<br>Erick K. Kuylman<br>WARREN TERZIAN LLP<br>222 N Pacific Coast Hwy, Ste 2000<br>El Segundo, CA 90245-5614<br>Telephone: (213) 410-2620<br>**Attorneys for Plaintiff and Proposed Class Counsel** |
| Timothy W. Loose<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7746<br>**Attorney for Defendant River City Window & Door, Inc.** |

☒ **BY ELECTRONIC MAIL:** I electronically served, from e-mail address mschiraldi@foxrothschild.com, the document(s) listed above to the person(s) at the e-mail address(es) listed above. I am readily familiar with Fox Rothschild LLP's practice for collecting and processing correspondence for mailing.

☒ **[FEDERAL]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 11, 2024, at San Francisco, California.

*/s/ Michael Schiraldi*
Michael Schiraldi